**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-                              ORDER

TEMURJON OLIMJONOV,              S5 18 Crim. 509-32 (GBD)

          Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The parties in the above-captioned matter shall appear before this Court on November 21, 2023 at 10:00 a.m.

Dated:  November 6, 2023
         New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge