UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

TEMURJON OLIMJONOV,

    Defendant.

------------------------------------x

ORDER

S5 18 Crim. 509-32 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The July 31, 2024 sentencing is adjourned to August 7, 2024 at 12:45 PM.

Dated:  July 3, 2024
          New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge